IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DEBORAH ANNE DIAL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ROBERT S. MUELLER, III, in his official capacity )<br>as Director of the Federal Bureau of Investigation, )<br>FEDERAL BUREAU OF INVESTIGATION, )<br>JONATHAN SCHARFEN, in his capacity as )<br>Acting Director of the United States Citizenship )<br>and Immigration Services, and UNITED STATES )<br>CITIZENSHIP AND IMMIGRATION SERVICES, )<br>)<br>Defendants. ) | Civil No. 3:08-0936<br>Judge Trauger |

**O R D E R**

The plaintiff has been naturalized, and she has no objection to the dismissal of this case. (Docket No. 18) It is therefore **ORDERED** that the defendants' Motion to Dismiss Complaint As Moot (Docket No. 13) is **GRANTED**, and this case is **DISMISSED WITH PREJUDICE**.

It is so **ORDERED.**

Enter this 23rd day of January 2009.

_____
ALETA A. TRAUGER
U.S. District Judge